# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

Advanced Recycling, Inc., et al.                    Civil Action No. 6:06-CV-0268

versus                                                              Judge Tucker L. Melançon

J. Dale Givens, et al.                              Magistrate Judge C. Michael Hill

## JUDGMENT OF DISMISSAL

Before the Court is a Motion and Order to Dismiss filed by plaintiffs, Advanced Recycling, Inc., James G. Trumps and Robert Parker [Rec. Doc. 7]. Plaintiffs seek the dismissal of their claims pursuant to 42 U.S.C. §1983 with prejudice and the dismissal of their state law claims for breach of contract and open account without prejudice, reserving to the plaintiff's their rights to seek remedies in the East Baton Rouge Parish under state law. Plaintiffs represent that counsel for defendants, J. Dale Givens, Perry Theriot and Robert Williamson, has agreed to the dismissal of the instant action under these terms. Upon due consideration,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the rights of plaintiffs to seek their remedies in the 19th Judicial Court of the State of Louisiana, East Baton Rouge Parish, pursuant to their claims under state law for breach of contract and open account.

IT IS FURTHER ORDERED that plaintiffs claims pursuant to 42 U.S.C. §1983

are hereby dismissed with prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana this 6th day of June, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE